No. 76–1706. DEPARTMENT OF REVENUE OF WASHINGTON v. ASSOCIATION OF WASHINGTON STEVEDORING COMPANIES ET AL. Sup. Ct. Wash. Certiorari granted.

No. 76–1750. STUMP ET AL. v. SPARKMAN ET VIR. C. A. 7th Cir. Certiorari granted.

No. 76–1767. NATIONAL SOCIETY OF PROFESSIONAL ENGINEERS v. UNITED STATES. C. A. D. C. Cir. Certiorari granted.

No. 76–1810. CITY OF LOS ANGELES, DEPARTMENT OF WATER AND POWER ET AL. v. MANHART ET AL. C. A. 9th Cir. Certiorari granted.

No. 76–1471. FEDERAL COMMUNICATIONS COMMISSION v. NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.;

No. 76–1521. CHANNEL TWO TELEVISION CO. ET AL. v. NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.;

No. 76–1595. NATIONAL ASSOCIATION OF BROADCASTERS v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 76–1604. AMERICAN NEWSPAPER PUBLISHERS ASSN. v. NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.;

No. 76–1624. ILLINOIS BROADCASTING CO., INC., ET AL. v. NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL.; and

No. 76–1685. POST CO. ET AL. v. NATIONAL CITIZENS COMMITTEE FOR BROADCASTING ET AL. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 181 U. S. App. D. C. 1, 555 F. 2d 938.

No. 76–1560. UNITED STATES v. UNITED STATES GYPSUM CO. ET AL. C. A. 3d Cir. Certiorari granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.